J-A04026-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
|---|---|---|
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MARVIN COMOND | : | |
| | : | |
| Appellant | : | No. 446 MDA 2024 |

Appeal from the Judgment of Sentence Entered March 21, 2024
In the Court of Common Pleas of Berks County Criminal Division at
No(s): CP-06-SA-0000317-2023

BEFORE: LAZARUS, P.J., NICHOLS, J., and SULLIVAN, J.

DISSENTING STATEMENT BY LAZARUS, P.J.:     **FILED: AUGUST 19, 2025**

I respectfully note my dissent. In my view, the Commonwealth provided sufficient evidence that established each element of disorderly conduct, 18 Pa.C.S.A. § 5503(a)(1), and, thus, I would affirm Comond's judgment of sentence. I note that the Commonwealth has discretion in determining which charges to bring against a defendant and it is not this Court's purview to conclude that different charges would be more appropriate. ***See Commonwealth v. Brown***, 708 A.2d 81, 84 (Pa. 1998) (Commonwealth retains discretion regarding prosecution of criminal matters). So long as the evidence presented sustains each element of the charged offense, we, as an error correcting court, must affirm. Thus, I would find the evidence presented to be sufficient to sustain Comond's conviction and sentence. Accordingly, I respectfully note my dissent and would affirm the trial court.